# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
BRUNN, AMY CHRISTINE                §      Case No. 09-74752
                                    §
_____Debtor(s)_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was           and the deadline for filing governmental claims was           . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $         , for a total compensation of $        [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $      , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

Case No: 09-74752 MLB Judge: MANUEL BARBOSA  
Case Name: BRUNN, AMY CHRISTINE  
For Period Ending: 07/19/11  

Trustee Name: DANIEL M. DONAHUE  
Date Filed (f) or Converted (c): 10/29/09 (f)  
341(a) Meeting Date: 12/02/09  
Claims Bar Date: 04/15/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11407 Edinburgh Lane Huntley, IL 60142 | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account Harris Bank | 45.20 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account Harris Bank | 381.88 | 0.00 | DA | 0.00 | FA |
| 5. Used Furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. Used Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 7. Ring | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. 2007 Ford Explorer | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 2000 Camero Z28 | 6,200.00 | 0.00 | DA | 0.00 | FA |
| 10. Property in WI 1/4-1/2 acer land owns 50% | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Annuity (u) | 0.00 | 0.00 | | 18,409.68 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.50 | FA |

TOTALS (Excluding Unknown Values) $283,977.08 $0.00 $18,410.18 $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is now receiving monthly annuity payments. The claims bar date was recently set. Trustee will continue to collect on the annuity payments until the funds are received in an amount sufficient to pay off claims.

Initial Projected Date of Final Report (TFR): 12/01/12     Current Projected Date of Final Report (TFR): 12/01/12

LFORM1  UST Form 101-7-TFR (10/1/2010) *(Page: 3)*     Ver: 16.02b

Case 09-74752 Doc 26 Filed 08/01/11 Entered 08/01/11 11:51:39 Desc Main
Document Page 4 of 9

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-74752 -MLB | |
| Case Name: | BRUNN, AMY CHRISTINE | |
| Taxpayer ID No: | *******0019 | |
| For Period Ending: | 07/19/11 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL M. DONAHUE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******3367 Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 1,500,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/30/10 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>4333 EDGEWOOD RD. NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 2,301.21 |
| 01/18/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 4,602.42 |
| 01/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 4,602.50 |
| 02/18/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>4333 EDGEWOOD RD. NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 6,903.71 |
| 02/28/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 6,903.75 |
| 03/14/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>4333 EDGEWOOD RD. NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 9,204.96 |
| 03/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,205.03 |
| 04/14/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 11,506.24 |
| 04/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 11,506.32 |
| 05/18/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 13,807.53 |
| 05/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,807.64 |
| 06/16/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>433 EDGEWOOD ROAD NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 16,108.85 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | 2300-000 | | 13.78 | 16,095.07 |
| 06/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 16,095.19 |
| 07/15/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 18,396.40 |

Page Subtotals 18,410.18 13.78

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*
LFORM24
Ver: 16.02b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-74752 -MLB | |
| Case Name: | BRUNN, AMY CHRISTINE | |
| Taxpayer ID No: | *******0019 | |
| For Period Ending: | 07/19/11 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL M. DONAHUE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******3367 Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 1,500,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 18,410.18 | 13.78 | 18,396.40 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 18,410.18 | 13.78 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 18,410.18 | 13.78 | |
| | | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Money Market Account (Interest Earn - *******3367 | 18,410.18 | 13.78 | 18,396.40 |
| | | | | 18,410.18 | 13.78 | 18,396.40 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-74752 | | Page 1 | | Date: July 19, 2011 |
| Debtor Name: | BRUNN, AMY CHRISTINE | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $2,440.50 | $0.00 | $2,440.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $43.84 | $0.00 | $43.84 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Administrative | | $13.78 | $13.78 | $0.00 |
| 999 8200-00 | AMY CHRISTINE BRUNN 11407 EDINBURGH LN HUNTLEY, IL  60142-2413 | Unsecured | | $4,031.73 | $0.00 | $4,031.73 |
| 000001 070 7100-00 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Unsecured | | $3,350.67 | $0.00 | $3,350.67 |
| 000002 070 7100-00 | Sprint Nextel-Correspondence Attn: Bankruptcy Dept POB 7949 Overland Park KS 66207-0949 | Unsecured | | $157.17 | $0.00 | $157.17 |
| 000003 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $6,116.46 | $0.00 | $6,116.46 |
| | Case Totals: | | | $16,154.15 | $13.78 | $16,140.37 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-74752
Case Name: BRUNN, AMY CHRISTINE
Trustee Name: DANIEL M. DONAHUE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ | $ | $ |
| 000002 | Sprint Nextel-Correspondence | $ | $ | $ |
| 000003 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of     % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $       . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $         .