UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
BRUNN, AMY CHRISTINE                  §        Case No. 09-74752
                                      §
        Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/24/2011 in Courtroom 115,

United States Courthouse
211 S. Court St.
Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/19/2011                By: /s/ Daniel M. Donahue
                                                        Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BRUNN, AMY CHRISTINE § Case No. 09-74752
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,410.18 |
| and approved disbursements of | $ | 13.78 |
| leaving a balance on hand of[1] | $ | 18,396.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 2,187.85 | $ 0.00 | $ 2,187.85 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,440.50 | $ 0.00 | $ 2,440.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 43.84 | $ 0.00 | $ 43.84 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,672.19 |
| Remaining Balance | $ 13,724.21 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,624.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ 3,350.67 | $ 0.00 | $ 3,350.67 |
| 000002 | Sprint Nextel-Correspondence | $ 157.17 | $ 0.00 | $ 157.17 |
| 000003 | FIA Card Services, NA/Bank of America | $ 6,116.46 | $ 0.00 | $ 6,116.46 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,624.30 |
| | Remaining Balance | | | $ 4,099.91 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 68.18 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,031.73 .

      Prepared By: /s/Daniel M. Donahue
                                Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 09-74752-MB
Amy Christine Brunn  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3    User: lorsmith    Page 1 of 1    Date Rcvd: Aug 02, 2011
Form ID: pdf006    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2011.
```
db              Amy Christine Brunn,   11407 Edinburgh Lane,   Huntley, IL   60142-2413
aty             Daniel M Donahue,    P. O. Box 2903,   Rockford, IL   61132-2903
aty            +Neil P Gantz,   Neil Gantz Law Offices,   105 W Madison St,   Chicago, IL 60602-4602
tr              Daniel Donahue,    P O Box 2903,   Rockford, IL   61132-2903
14650330        American Express,   Customer Service,   P.O. Box 981535,   El Paso, TX 79998-1535
14650331        Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
14650332        Bank of America - Business Card,   P.O. Box 15184,   Wilmington, DE 19850-5184
14650334      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,   MD 1M0C2G-4050,   38 Fountian Square Plaza,
                 Cincinnati, OH 45263)
14650335        Ford Credit,   Ford Motor Credit Company,   P.O. Box 790119,   Saint Louis, MO 63179-0119
14718785       +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
15136570        Ford Motor Credit Company LLC,   C/O Steven L. Nelson,   P.O. Box 3700,
                 Rock Island, IL 61204-3700
14650336       +Geico Indemnity Company,   1 Geico Center,   Macon, GA 31295-0001
14650338      ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,   PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
                (address filed with court: Sprint Nextel-Correspondence,   Attn: Bankruptcy Dept,   POB 7949,
                 Overland Park KS 66207-0949)
14650339       +Travelers,   Geico INS Agency Inc.,   1 Geico Blvd.,   Fredericksburg, VA 22412-0001
14650333      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Cardmember Service,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17134887        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 03 2011 02:05:29
                 FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
                 Oklahoma City, OK   73124-8809
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14650337        Harris Bank
aty*            Daniel Donahue,    P O Box 2903,   Rockford, IL   61132-2903
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2011**      **Signature:** *Joseph Speetjens*