AMENDED
## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-74752
Case Name: BRUNN, AMY CHRISTINE
Trustee Name: DANIEL M. DONAHUE

Balance on hand $ 18,396.66

Claims of secured creditors will be paid as follows:

## NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 2,187.85 | $ 0.00 | $ 2,187.85 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,440.50 | $ 0.00 | $ 2,440.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 43.84 | $ 0.00 | $ 43.84 |

Total to be paid for chapter 7 administrative expenses     $ 4,672.19

Remaining Balance     $ 13,724.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

## NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,624.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ 3,350.67 | $ 0.00 | $ 3,350.67 |
| 000002 | Sprint Nextel-Correspondence | $ 157.17 | $ 0.00 | $ 157.17 |
| 000003 | FIA Card Services, NA/Bank of America | $ 6,116.46 | $ 0.00 | $ 6,116.46 |

Total to be paid to timely general unsecured creditors      $      9,624.30

Remaining Balance                                           $      4,100.17

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (10/1/2010) (Page: 5)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 68.41 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,031.76 .