UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BRUNN, AMY CHRISTINE § Case No. 09-74752
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| AMY CHRISTINE BRUNN | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Credit Ford Motor Credit Company P.O. Box 790119 Saint Louis, MO 63179-0119 | | | | | |
| | Harris Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Customer Service P.O. Box 981535 El Paso, TX 79998-1535 | | | | | |
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Cardmember Service P.O. Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | Fifth Third Bank MD 1M0C2G-4050 38 Fountian Square Plaza Cincinnati, OH 45263 | | | | | |
| | Geico Indemnity Company 1 Geico Center Macon, GA 31295 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers Geico INS Agency Inc. 1 Geico Blvd. Fredericksburg, VA 22412 | | | | | |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000002 | SPRINT NEXTEL- CORRESPONDENCE | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| | SPRINT NEXTEL- CORRESPONDENCE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-74752 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | BRUNN, AMY CHRISTINE | | | Date Filed (f) or Converted (c): | 10/29/09 (f) |
| | | | | 341(a) Meeting Date: | 12/02/09 |
| For Period Ending: | 11/01/11 | | | Claims Bar Date: | 04/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11407 Edinburgh Lane Huntley, IL 60142 | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account Harris Bank | 45.20 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account Harris Bank | 381.88 | 0.00 | DA | 0.00 | FA |
| 5. Used Furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. Used Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 7. Ring | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. 2007 Ford Explorer | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 2000 Camero Z28 | 6,200.00 | 0.00 | DA | 0.00 | FA |
| 10. Property in WI 1/4-1/2 acer land owns 50% | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Annuity (u) | 0.00 | 0.00 | | 18,409.68 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.76 | FA |
| TOTALS (Excluding Unknown Values) | $283,977.08 | $0.00 | | $18,410.44 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is now receiving monthly annuity payments. The claims bar date was recently set. Trustee will continue to collect on the annuity payments until the funds are received in an amount sufficient to pay off claims.

Initial Projected Date of Final Report (TFR): 12/01/12     Current Projected Date of Final Report (TFR): 12/01/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.04e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-74752 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | BRUNN, AMY CHRISTINE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3367 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0019 | | |
| For Period Ending: | 11/01/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/30/10 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>4333 EDGEWOOD RD. NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 2,301.21 |
| 01/18/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 4,602.42 |
| 01/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 4,602.50 |
| 02/18/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>4333 EDGEWOOD RD. NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 6,903.71 |
| 02/28/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 6,903.75 |
| 03/14/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>4333 EDGEWOOD RD. NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 9,204.96 |
| 03/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,205.03 |
| 04/14/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 11,506.24 |
| 04/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 11,506.32 |
| 05/18/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 13,807.53 |
| 05/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,807.64 |
| 06/16/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY<br>433 EDGEWOOD ROAD NE<br>CEDAR RAPIDS, IA 52499 | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 16,108.85 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | 2300-000 | | 13.78 | 16,095.07 |
| 06/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 16,095.19 |
| 07/15/11 | 11 | MONUMENTAL LIFE INSURANCE COMPANY | ANNUITY INSTALLMENT | 1229-000 | 2,301.21 | | 18,396.40 |
| 07/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,396.54 |

Page Subtotals 18,410.32 13.78

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-74752 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | BRUNN, AMY CHRISTINE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3367 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0019 | | | |
| For Period Ending: | 11/01/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/11 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 18,396.66 |
| 08/24/11 | | Transfer to Acct #*******3901 | Final Posting Transfer | 9999-000 | | 18,396.66 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 18,410.44 | 18,410.44 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 18,396.66 | |
| Subtotal | 18,410.44 | 13.78 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 18,410.44 | 13.78 | |

Page Subtotals 0.12 18,396.66

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 09-74752 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BRUNN, AMY CHRISTINE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3901 GENERAL CHECKING |
| Taxpayer ID No: | *******0019 | | |
| For Period Ending: | 11/01/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | Transfer from Acct #*******3367 | Transfer In From MMA Account | 9999-000 | 18,396.66 | | 18,396.66 |
| 08/25/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 2,187.85 | 16,208.81 |
| 08/25/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,440.50 | 13,768.31 |
| 08/25/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 43.84 | 13,724.47 |
| 08/25/11 | 000103 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Claim 000001, Payment 100.7% | | | 3,374.48 | 10,349.99 |
| | | | Claim    3,350.67 | 7100-000 | | | |
| | | | Interest    23.81 | 7990-000 | | | |
| 08/25/11 | 000104 | Sprint Nextel-Correspondence<br>Attn: Bankruptcy Dept<br>POB 7949<br>Overland Park KS 66207-0949 | Claim 000002, Payment 100.7% | | | 158.29 | 10,191.70 |
| | | | Claim    157.17 | 7100-000 | | | |
| | | | Interest    1.12 | 7990-000 | | | |
| 08/25/11 | 000105 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000003, Payment 100.7% | | | 6,159.94 | 4,031.76 |
| | | | Claim    6,116.46 | 7100-000 | | | |
| | | | Interest    43.48 | 7990-000 | | | |
| 08/25/11 | 000106 | AMY CHRISTINE BRUNN<br>11407 EDINBURGH LN<br>HUNTLEY, IL 60142-2413 | Surplus Funds | 8200-002 | | 4,031.76 | 0.00 |

                                                 Page Subtotals     18,396.66     18,396.66

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-74752 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BRUNN, AMY CHRISTINE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3901 GENERAL CHECKING |
| Taxpayer ID No: | *******0019 | | | |
| For Period Ending: | 11/01/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,396.66 | 18,396.66 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 18,396.66 | 0.00 | |
| | | | Subtotal | | 0.00 | 18,396.66 | |
| | | | Less: Payments to Debtors | | | 4,031.76 | |
| | | | Net | | 0.00 | 14,364.90 | |

|  |  | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Money Market Account (Interest Earn - ********3367 | 18,410.44 | 13.78 | 0.00 |
| GENERAL CHECKING - ********3901 | 0.00 | 14,364.90 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 18,410.44 | 14,378.68 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*